UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAMADOU LAMINE NDIAYE,

Petitioner,

v.

TODD BLANCHE et al.,

Respondents.

CASE NO. 2:26-cv-04558-TL

ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter is before the Court on Petitioner's application to proceed *In Forma Pauperis*. Dkt. No. 1. The Court GRANTS the motion under 28 U.S.C § 1915(a)(1).

Dated this 20th day of November, 2026.

Tana Lin
United States District Judge